# Form 4.
# LIST OF CREDITORS HOLDING
# 20 LARGEST UNSECURED CLAIMS

## [Caption as in Form 16B]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bergen Brunswig Drug Co. Box 5910 Orange, CA 92667-5910 | Jackie Evans T: (800) 252-8773 x2123 F: (216) 266-2432 | | | $ 4,751,021.32 |
| Clover One Rockefeller Plaza New York, NY 10020 | Shaun Apgar T: (212) 554-9122 F: (212) 245-9817 | | | $ 2,649,456.70 |
| Ezell Nursery Supply Box 369 Bellflower, CA 90706-0369 | Cindy Rochon T: (562) 925-1234 F: (562) 802-3050 | | | $ 1,324,420.88 |
| Fleming Companies Box 20511 Phoenix, AZ 85036-0511 | Carolynne Slezer T: (602) 269-5234 F: (602) 269-5535 | | | $ 918,879.53 |

Date: _____

_____
Debtor

## [Declaration as in Form 2]

| In re | Case No.: |
|---|---|
| Federal Employees' Distributing Company | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fedco Dist. Co. One Rockefeller Plaza New York, NY 10020 | Shaun Apgar T: (212) 554-9122 F: (212) 245-9817 | | | $ 753,039.17 |
| Amana Refrigeration Dept. Ch. 10533 Palatine, IL 60055-0533 | Leslie Wingfield T: (319) 622-8666 F: (800) 262-6268 | | | $ 716,428.23 |
| Baker & Taylor Video Dept. 4146 Los Angeles, CA 90096-4146 | Jina Macy T: (800) 775-3300 x121 F: (303) 369-6904 | | | $ 570,554.52 |
| PHD West Inc. Box 75254 Cleveland, OH 44101-2199 | Michelle Sanchez T: (909) 941-8095 F: (909) 941-8754 | | | $ 540,052.87 |
| Lolly Togs French Toast Box 1001 Dayton, NJ 08810-1001 | Deena Amen T: (732) 438-5500 F: (732) 438-6979 | | | $ 525,109.80 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

Date: _____    _____
                                                                                Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Remington Prod.-Retail<br>60 Main St.<br>Bridgeport, CT  06604 | Karen Wright<br>T: (203) 332-9703<br>F: (203) 332-4652 | | | $ 425,142.28 |
| Southern Wine & Spirits<br>Box 60339<br>Los Angeles, CA  90060-0339 | Tani Mazzie<br>T: (800) 282-4797<br>F: (562) 404-0461 | | | $ 388,714.38 |
| Euro United Corp.<br>2115 S. Service Rd.<br>Oakville, ONT<br>CANADA L6L 5W2 | Ligia Travis<br>T: (905) 827-8960<br>F: (905) 827-8962 | | | $ 376,574.70 |
| Wells Fargo<br>MAC 0187-081<br>201 Third St., 8th Floor<br>San Francisco, CA  94163 | Stanley Stroub<br>T: (800) 225-5935<br>T: (415) 396-6019<br>F: (415) 975-7819 | | | $ 370,599.81 |
| GE Lighting-Consignm<br>Box 44732<br>San Francisco, CA  94144 | Jackie Evans<br>T: (800) 346-8660<br>F: (216) 266-2432 | | Disputed | $ 369,179.04 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

Date: _____          _____
                                                                                 Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Donnelley Receivables Inc.<br>P.O. Box 100112<br>Pasadena, CA  91189 | Mike Tafoya<br>T: (310) 516-3255<br>F: (310) 516-3284 | | | $   343,786.00 |
| Revlon Inc.<br>Lockbox 7695<br>Box 60000<br>San Francisco, CA  94160 | Paula Davidson<br>T: (919) 603-2826<br>F: (919) 603-2133 | | | $   312,859.08 |
| Whirlpool Corp.<br>Box 100304<br>Pasadena, CA  91189-0304 | Christi Cannon<br>T: (800) 835-0271 x6552<br>F: (423) 470-5661 | | | $   300,882.00 |
| Action Ind<br>Box 60015<br>Charlotte, NC  28260-0015 | Jan Coggins<br>T: (601) 566-7211<br>F: (601) 566-3521 | | | $   294,603.18 |
| Maytag Co.<br>P.O. Box 95764<br>Chicago, IL  60694-5764 | Jenny Eide<br>T: (800) 444-5222<br>F: (515) 787-8793 | | | $   285,363.50 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

Date: _____        _____
                                                                                                Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Entertainment 13026 Stowe Dr. #C Poway, CA 92064 | Carol Holmes T: (619) 748-4115 F: (619) 748-4116 | | | $ 280,597.06 |
| Minolta Corp. Box 92253 Chicago, IL 60675-2253 | T: (201) 818-3256 F: (201) 934-4647 | | | $ 273,262.85 |
| Leight Sales Co. Inc. 1051 Artesia Blvd. Carson, CA 90746 | Todd Nowels T: (310) 223-1000 F: (310) 604-4702 | | | $ 262,871.09 |
| Young Market Co. Box 30658 Los Angeles, CA 90030-0658 | T: (800) 627-2777 F: (213) 612-1239 | | | $ 261,211.90 |
| American Greetings Box 640782 Pittsburgh, PA 15264-0782 | Pat Jones T: (800) 321-3040 F: (216) 252-6493 | | | $ 217,248.36 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe)) and that it is true and correct to the best of my information and belief.

Date: _____        _____
                                                                              Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sealy Mattress<br>Box 100192<br>Pasadena, CA  91189-0192 | Kathy Anderson<br>T: (323) 567-7781 x213<br>F: (323) 566-4313 | | | $ 213,050.50 |
| 3 M HTN 9895<br>File 53056<br>Los Angeles, CA  90074-3056 | Jackie Wanned<br>T: (800) 789-1567 x28<br>F: (651) 737-4633 | | | $ 203,018.80 |
| Eureka Co.<br>Box 730497<br>Dallas, TX  75373-0497 | Judy Griffith<br>T: (626) 814-0950<br>F: (626) 337-1369 | | | $ 198,748.51 |
| Douglas Furniture<br>135 S. LaSalle St.<br>Dept. 2559<br>Chicago, IL  60674-2559 | Jose Plasencia<br>T: (310) 643-7200<br>F: (310) 643-8050 | | | $ 196,226.25 |
| Eveready Battery Co.<br>Box 500419<br>St. Louis, MO  63150-0419 | Jerri Winslow<br>T: (314) 733-4162<br>F: (314) 733-4226 | | | $ 195,688.87 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

Date: _____    _____
Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Primary News Co.<br>7880 Dunbrook Rd.<br>San Diego, CA  92126-4369 | Teri Combs<br>T: (800) 224-1231 x502<br>F: (858) 530-8522 | | | $ 186,728.05 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

Date: July 8, 1999

Debtor
Robert J. Stevenish, President
FEDERAL EMPLOYEES' DISTRIBUTING COMPANY