**ORIGINAL**

MAUREEN A. TIGHE
United States Trustee
TERRI H. ANDERSEN, SBN# 133491
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
221 North Figueroa Street, Suite 800
Los Angeles, California 90012-2601
Telephone: 213) 894-6811
Facsimile: (213) 894-2603

**FILED**

99 JUL 14 PM 4:55

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA
Los Angeles Division

In re:                                  )   Case No. LA 99-35700-AA
                                        )   Chapter 11
                                        )
   FEDERAL EMPLOYEE'S                   )   APPOINTMENT AND NOTICE OF
   DISTRIBUTING COMPANY,                )   APPOINTMENT OF COMMITTEE OF
   aka Fedco, Inc.                      )   CREDITORS HOLDING UNSECURED
                                        )   CLAIMS
              Debtor.                   )
                                        )   (NO HEARING REQUIRED)
_____)

   Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following seven (7) Creditors to serve on the Committee of Creditors holding unsecured claims:

                   SEE EXHIBIT A ATTACHED

Dated: July 14, 1999          OFFICE OF THE UNITED STATES TRUSTEE


                              By: _____
                                   TERRI H. ANDERSEN
                                   Assistant United States Trustee

```
 1  In re: FEDERAL EMPLOYEES' DISTRIBUTING COMPANY, aka Fedco, Inc.;
           LA 99-35700-AA
 2
    Clover
 3  c/o Michael Shaffet, Treasurer
    One Rockefeller Plaza
 4  New York, NY 10020
    (212) 554-9731
 5  (212) 582-6866 facsimile number

 6  Bergen Brunswig Drug Co.
    c/o Stephen G. Mangold, Director Financial Services
 7  4000 Metropolitan Drive
    Orange, CA 92868
 8  (714) 385-4000
    (714) 385-4396 facsimile number
 9
    Fleming Companies
10  c/o David J. McCarty
    Sheppard, Mullin, Richter & Hampton LLP
11  333 South Hope Street, 48th Floor
    Los Angeles, CA 90071
12  (213) 617-4171
    (213) 620-1398 facsimile number
13  e-mail dmccarty@smrh.com

14  Ezell Nursery Supply
    c/o Larry Saarloos, President
15  P.O. Box 369
    Bellflower, CA 90706
16  (562) 925-1234 ext. 111
    (562) 802-8829 facsimile number
17
    Baker & Taylor Entertainment
18  c/o Robert Follmar, National Director of Credit
    100 Business Center Drive
19  Pittsburgh, PA 15205
    (800) 775-2600 ext. 2050
20  (412) 787-5457 facsimile number

21  GE Lighting
    c/o Sharon Koubeck, Regional Credit Manager
22  1975 Noble Road, Bldg. 328H
    Cleveland, OH 44112
23  (216) 266-8399
    (216) 266-2432 facsimile number
24

25

26

27                          Exhibit "A"

28                              -2-
```

1  Southern Wine and Spirits
   c/o Kathleen Y. Conley, Director of Internal Operations
2  17101 Valley View Avenue
   Cerritos, CA 90703
3  (562) 926-2000
   (562) 921-6096 facsimile number

CERTIFICATE OF SERVICE BY MAIL

I, Stephanie J. Hill, declare,

That I am a citizen of the United States and reside or am employed in Los Angeles County, California; that my business address is Office of the United States Trustee, 221 N. Figueroa St. Street, Suite 800 Los Angeles, California 90012; that I am over eighteen years, and not a party to the above-entitled action;

That I am employed at the Office of the United States Trustee under the supervision of **TERRI H. ANDERSEN**, Assistant United States Trustee for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on _____JUL 14_____, I deposited in the United States mail at, 221 North Figueroa Street, Ste. 800, Los Angeles, California, in the above-entitled action in an envelope bearing the requisite postage, a copy of: **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** to

**DEBTOR**
Federal Employees' Distributing Company
aka Fedco, Inc.
9300 Santa Fe Springs Road
Santa Fe Springs, CA 90670

**DEBTOR'S ATTORNEY**
Richard Levin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

and all appointed members of the Creditors' Committee (Exhibit A) at their last known address, at which place there is a delivery service by the United States mail.

This Certificate is executed on _____JUL 14_____, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Stephanie Hill_
Stephanie Hill

-4-