FILED
AUG 11 1999

ENTERED
AUG 12 1999
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

RICHARD M. PACHULSKI (State Bar #90073)
JEFFREY N. POMERANTZ (State Bar #143717)
PACHULSKI, STANG, ZIEHL & YOUNG P.C.
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

(Proposed) Attorneys for Official Committee
of Creditors Holding General Unsecured Claims

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. LA 99-35700 AA |
| FEDERAL EMPLOYEES' DISTRIBUTING COMPANY, d/b/a FEDCO, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | [PROPOSED] ORDER GRANTING APPLICATION TO EMPLOY PACHULSKI, STANG, ZIEHL & YOUNG P.C. AS COUNSEL TO OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS |
| | [NO HEARING REQUIRED] |

The Court has considered the Application to Employ Pachulski, Stang, Ziehl & Young P.C. as counsel to the Official Committee of Creditors Holding General Unsecured Claims ("Committee"), and the Declaration of Disinterestedness for Professional Person Under Bankruptcy Rule 2014 ("Declaration of Disinterestedness") in support thereof. Based upon the record before the Court, it appears that Pachulski, Stang, Ziehl & Young P.C. ("PSZ&Y") does not hold or represent any interest adverse to the estate in the matters on which it is to be employed, that PSZ&Y is a disinterested person, that its employment is in the best interests

of the estate, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules. Accordingly,

**IT IS HEREBY ORDERED** that the Committee is authorized to employ the law firm of Pachulski, Stang, Ziehl & Young P.C. as its attorneys herein on the terms and conditions set forth more fully in the Application and the accompanying Declaration of Disinterestedness, effective as of July 14, 1999.

Dated: 8/11/99

_____
The Honorable Alan M. Ahart
United States Bankruptcy Judge

Submitted by:

PACHULSKI, STANG, ZIEHL & YOUNG P.C.

By: _____
Jeffrey N. Pomerantz
[Proposed] Attorneys for the Official
Committee of Creditors Holding General
Unsecured Claims

```
 1                          PROOF OF SERVICE

 2   STATE OF CALIFORNIA      )
                              )
 3   COUNTY OF LOS ANGELES    )

 4        I am employed in the county of Los Angeles, State of California.
     I am over the age of 18 and not a party to the within action; my
 5   business address is:  10100 Santa Monica Boulevard, Suite 1100, Los
     Angeles, California  90067.
 6
          On July 27, 1999, I served the foregoing documents described as
 7   [PROPOSED] ORDER GRANTING APPLICATION TO EMPLOY PACHULSKI, STANG,
     ZIEHL & YOUNG P.C. AS COUNSEL TO OFFICIAL COMMITTEE OF CREDITORS
 8   HOLDING GENERAL UNSECURED CLAIMS on interested parties in this action

 9     XXX      by placing true copies thereof enclosed in sealed envelopes
                addressed as stated on the attached mailing list;
10
       XXX      (BY MAIL) By placing said envelope(s), with postage thereon
11              fully prepaid in the United States mail at Los Angeles,
                California.
12              Executed on July 27, 1999, at Los Angeles, California.

13     XXX      (FEDERAL) I declare under penalty of perjury under the laws
                of the United States of America that the foregoing is true
14              and correct and that I am employed in the office of a
                member of the bar of this court at whose direction the
15              service was made.
```

_____
ROLANDA LEONG MORI

LIMITED NOTICE SERVICE LIST

DOC # 209794.1

Ron Maroko
United States Trustee's Office
221 N. Figueroa Street, #800
Los Angeles, CA 90012

Creditors Committee
Michael Shaffet, Treasurer
Clover
OneRockefeller Plaza
New York, NY 10020

Ray Flucke, Controller, PSC
Fleming Companies
624 S. 25th Avenue
Phoenix, AZ 85009

Robert Follmar
Baker & Taylor Entertainment
National Director of Credit
100 Business Center Drive
Pittsburgh, PA 15205

Atty for Fleming
David McCarty
Sheppard, Mullin, Richter & Hampton
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071

Debtor
Federal Employees' Distributing Company
Attn: Woodrow R. Cossey, General Counsel
9300 Santa Fe Springs Road
Santa Fe Springs, CA 90670

Att for Clover
Shelly Rothschild
Withman Breed Abbott & Morgan LLP
633 W. Fifth St. 21st Floor
Los Angeles, CA 90017-2040

Larry Saarloos, President:
Ezell Nursery Supply
P. O. Box 369
Bellflower, CA 90706

Sharon Koubeck
Regional Credit Manager
GE Lighting
1975 Noble Road, Bldg. 328H
Cleveland, OH 44112

Atty for Fleming
Linda Fox
Sheppard, Mullin, Richter & Hampton
501 W Broadway, 19th Floor
San Diego, CA 92101

DEBTOR'S COUNSEL
Richard B. Levin
Skadden, Arps, Slate, Meagher & Flom
300 S. Grand Avenue
Suite 3400
Los Angeles, CA 90071

Stephen G. Mangold
Director Financial Services
Bergen Brunswig Drug Co.
4000 Metropolitan Drive
Orange, CA 92868

Counsel for Ezel
Scott Clarkson
Clarkson, Gore, Marsella
3424 Carson St., #350
Torrance, CA 90503

Kathleen Y. Conley
Director of Internal Operations
Southern Wine and Spirits
17101 Valley View Avenue
Cerritos, CA 90703

**NOTE TO USERS OF THIS FORM:**
*Physically attach _____ form to last page of the proposed order or Judgment.*
*Do not file this form as a separate document.*

| In re                (SHORT TITLE)                             | CHAPTER 11 CASE NUMBER: |
|---|---|
| **FEDERAL EMPLOYEES' DISTRIBUTING COMPANY, d/b/a FEDCO, INC.,**<br><br>Debtor. | Case No. LA 99-35700-AA |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:    AUG 12 1999

    **[PROPOSED] ORDER GRANTING APPLICATION TO EMPLOY PACHULSKI, STANG, ZIEHL & YOUNG P.C. AS COUNSEL TO OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**

was entered on *(specify date)*:    AUG 12 1999

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons on the attached service list on (specify date):

Dated:    AUG 12 1999

JON D. CERETTO
Clerk of the Bankruptcy Court

By: /s/ MARIA P. MENDOZA
Deputy Clerk

---

*Rev. 7/98*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

110

LIMITED NOTICE SERVICE LIST

DOC # 209794.1

Ron Maroko
United States Trustee's Office
221 N. Figueroa Street, #800
Los Angeles, CA 90012

Debtor
Federal Employees' Distributing Company
Attn: Woodrow R. Cossey, General Counsel
9300 Santa Fe Springs Road
Santa Fe Springs, CA 90670

**DEBTOR'S COUNSEL**
Richard B. Levin
Skadden, Arps, Slate, Meagher & Flom
300 S. Grand Avenue
Suite 3400
Los Angeles, CA 90071

Creditors Committee
Michael Shaffet, Treasurer
Clover
OneRockefeller Plaza
New York, NY 10020

Att for Clover
Shelly Rothschild
Withman Breed Abbott & Morgan LLP
633 W. Fifth St. 21st Floor
Los Angeles, CA 90017-2040

Stephen G. Mangold
Director Financial Services
Bergen Brunswig Drug Co.
4000 Metropolitan Drive
Orange, CA 92868

Ray Flucke, Controller, PSC
Fleming Companies
624 S. 25th Avenue
Phoenix, AZ 85009

Larry Saarloos, President:
Ezell Nursery Supply
P. O. Box 369
Bellflower, CA 90706

Counsel for Ezel
Scott Clarkson
Clarkson, Gore, Marsella
3424 Carson St., #350
Torrance, CA 90503

Robert Follmar
Baker & Taylor Entertainment
National Director of Credit
100 Business Center Drive
Pittsburgh, PA 15205

Sharon Koubeck
Regional Credit Manager
GE Lighting
1975 Noble Road, Bldg. 328H
Cleveland, OH 44112

Kathleen Y. Conley
Director of Internal Operations
Southern Wine and Spirits
17101 Valley View Avenue
Cerritos, CA 90703

Atty for Fleming
David McCarty
Sheppard, Mullin, Richter & Hampton
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071

Atty for Fleming
Linda Fox
Sheppard, Mullin, Richter & Hampton
501 W Broadway, 19th Floor
San Diego, CA 92101

Creditors' Committee Counsel
Jeffrey N. Pomerantz
Pachulski, Stang, Ziehl & Young
10100 Santa Monica Blvd., #1100
Los Angeles, CA 90067